# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                No. 2:11-CR-20790-1

v.                             HON. BERNARD A. FRIEDMAN

TERRANCE MATHEWS

                    Defendant.

_____/

DEFENDANT MATTHEWS' EXHIBIT # 1