UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Criminal No. 11-CR-20790-01

vs.                                                   HON. BERNARD A. FRIEDMAN

TERRENCE MATTHEWS,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

On July 1, 2020, this matter came before the Court on defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [docket entries 204 and 208]. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is granted.

IT IS FURTHER ORDERED that defendant's custodial sentence is reduced to time served and that defendant be released forthwith, subject to the Bureau of Prisons' standard protocol for quarantining inmates who may have been exposed to the coronavirus before releasing them into the community.

                                                     s/Bernard A. Friedman
                                                     BERNARD A. FRIEDMAN
Dated: July 2, 2020                    SENIOR UNITED STATES DISTRICT JUDGE
      Detroit, Michigan