| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan<br>(Rev. 10/99) | PACTS<br>31446 | DATE<br>12/22/2020 |
|---|---|---|---|---|
| **NAME**<br>MATTHEWS, Terrence | | **OFFICER**<br>Nioaka L. Morton | **JUDGE**<br>Bernard A. Friedman | **DOCKET #**<br>11-CR-20790-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 07/31/2013 | Supervised Release | I | 31 | |
| **COMMENCED**<br>07/02/2020 | | | | |
| **EXPIRATION**<br>07/01/2025 | | | | |

**REPORT PURPOSE**

**REQUEST TO MODIFY CONDITIONS**

**RECOMMENDATION**

**MODIFICATION**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 846 and 841(a)(1) and 21 U.S.C. 841(b)(1)(A) — Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 135 months, to be followed by a five-year term of supervised release.

Sentence Reduction: March 11, 2016: Order Granting Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Custody term reduced to 120 months, to be followed by a five-year term of supervised release. All other conditions of the original judgment remain in full force and effect.

Sentence Reduction: July 2, 2020: Order Granting Defendant's Motion for Compassionate Release. Custody term reduced to time served and that the defendant be released forthwith, subject to the Bureau of Prisons' standard protocol for quarantining inmates who may have been exposed to the coronavirus before releasing them into the community, to be followed by a five-year term of supervised release. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. If necessary.
2. The defendant shall enroll and participate in a Cognitive Behavior Therapy program (CBT) as approved by the probation officer, if necessary.

   Criminal Monetary Penalty: Special Assessment $100.00 (paid)

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 31446 | DATE 12/22/2020 |
|---|---|---|---|---|
| **NAME** MATTHEWS, Terrence | **OFFICER** Nioaka L. Morton | **JUDGE** Bernard A. Friedman | | **DOCKET #** 11-CR-20790-01 |

**PETITIONING THE COURT**

To modify the conditions of supervised release as follows:

> "The offender shall complete a mental health assessment and/or psychiatric evaluation as directed by the probation department."
>
> "The offender shall participate in a program approved by the probation department for mental health counseling, if necessary."

On December 8, 2020, MATTHEWS signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, to include the noted special conditions.

**CAUSE**

On July 2, 2020, TERRENCE MATTHEWS was released from custody after serving approximately 85 months of a 135-month sentence, having been granted a compassionate release, due to the Covid 19 pandemic. Following his release, he was orientated to his conditions of supervision and acknowledged an understanding and desire to comply.

On October 17, 2020, a routine urinalysis was conducted, at which time MATTHEWS tested positive for marijuana. As a result, he was referred to Shanle Psychological Services to determine if he could benefit from substance abuse treatment services. On November 21, 2020, a substance abuse assessment was conducted. MATTHEWS was described by the therapist as "open and honest" about his substance abuse history, as well as his history of trauma. MATTHEWS was clinically diagnosed with "Cannabis Use Disorder (severe); Unspecified Trauma and Stressor Related Disorder, and Problems r/t other Legal Problems." Due to his self-reported "severe history of cannabis use and deficient coping strategies", monthly individual therapy sessions were recommended. As noted, MATTHEWS openly discussed a history of childhood and adult trauma, which prompted the clinician to further recommend that he complete a mental health assessment and psychiatric evaluation; and participate in dual diagnosis treatment to address both substance abuse and mental health concerns, if necessary.

Based upon the offender's history and the recommendations of his treating clinician, the probation department recommends that the noted special conditions be added. It is the clinician's professional opinion that MATTHEWS may benefit from mental health services to develop an understanding of co-occurring mental health issues and resolve conflicts rooted in his traumatic experiences.

MATTHEWS has signed the Probation Form 49 waiver authorizing the modification of his conditions of supervised release. He has been advised of his right to counsel in this matter and has agreed to waive this right by signing the attached waiver of hearing form.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on December 8, 2020, revealed no new criminal activity.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 31446 | DATE 12/22/2020 |
|---|---|---|---|---|
| **NAME** MATTHEWS, Terrence | **OFFICER** Nioaka L. Morton | **JUDGE** Bernard A. Friedman | | **DOCKET #** 11-CR-20790-01 |

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** | **DISTRIBUTION** |
|---|---|
| s/Nioaka L. Morton/wg/ljc 313-234-5582 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Marc W. Calandra 313-234-5131 | Data Entry |

**THE COURT ORDERS:**

[X] Modification as Noted Above.

[ ] Other

        s/Bernard A. Friedman
        United States District Judge

        12/28/2020
        Date

PROB 49
(9/18)

# United States District Court

Eastern District of Michigan

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

☒ I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

**Add the following Special Condition(s):**

**The offender shall complete a mental health assessment and/or psychiatric evaluation as directed by the probation department.**

**The offender shall participate in a program approved by the probation department for mental health counseling, if necessary.**

Witness _____  Signed _____
(U.S. Probation Officer)                       (Probationer or Supervised Releasee)

12/8/2020
(Date)